

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00406-CR
### No. 10-14-00407-CR

**MICHAEL EDWARD STRICKLAND,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 82nd District Court
### Falls County, Texas
### Trial Court Nos. 8032 and 8033

## MEMORANDUM OPINION

Michael Edward Strickland was convicted for two charges of Indecency with a Child. *See* TEX. PENAL CODE ANN. § 21.11 (West 2011). He now appeals the denial of his motion for DNA testing filed in each of those convictions.

Strickland's briefs in these appeals were due to be filed in this Court on or before May 26, 2015. To date, no briefs have been filed. By letter dated June 3, 2015, the Clerk of this Court notified Strickland that his briefs were past due and warned him that

unless briefs or satisfactory responses were received within 14 days from the date of the letter, the Court would conclude these appeals were not taken with the intention of pursuing them to completion but instead taken for the purpose of delay and would dismiss the appeals without further notice, under the Court's inherent authority, for want of prosecution. More than 14 days have passed and Strickland has not filed his briefs or any other response.

Accordingly, we conclude Strickland's appeals of the denials of his motions for DNA testing were not taken with the intention of pursuing them to completion but instead taken for the purpose of delay and dismiss these appeals, under the Court's inherent authority, for want of prosecution. *See Ealy v. State*, 222 S.W.3d 744, 745 (Tex. App.—Waco 2007, no pet.); *Peralta v. State*, 82 S.W.3d 724 (Tex. App.—Waco 2002, no pet.); *Stavinoha v. State*, 82 S.W.3d 690 (Tex. App.—Waco 2002, no pet.).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeals dismissed
Opinion delivered and filed June 25, 2015
Do not publish
[CR25]

